EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: Virgen E. Rivera Torres | 2008 TSPR 33 <br><br> 173 DPR _____ |

Número del Caso: TS-5089

Fecha: 26 de febrero de 2008

Abogada de la Parte Peticionaria:

                    Por Derecho Propio

Oficina de Inspección de Notarías:

                    Lcda. Lourdes I. Quintana Lloréns
                    Directora

Materia: Reinstalación al ejercicio de la abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Virgen E. Rivera Torres          TS-5089

RESOLUCIÓN

San Juan, Puerto Rico, a 26 de febrero de 2008.

Examinadas la Solicitud de Reinstalación, la Moción en Cumplimiento de Orden y la Moción Informativa sobre el estado de la inspección de la obra notarial incautada, presentada por la Directora de la Oficina de Inspección de Notarías, se reinstala inmediatamente a la licenciada Rivera Torres al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida I. Oquendo Graulau
Secretaria del Tribunal Supremo